IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA MONTREL CHESTANG,**  **PLAINTIFF**
**ADC #134005**

v.   CASE NO. 5:16CV00198 BSM

**SHERMAINE S. TROTTER, et al.**   **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants Budnik, Washington, Greenwade, Carter, Boatner, Harston, Kelley, Payne, Watson, Naylor, and McHan, are dismissed from plaintiff's complaint.

2. The following claims are dismissed: false disciplinary, and denial of due process with respect to his placement in administrative segregation and the classification committee decisions.

IT IS SO ORDERED this 17th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE