IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA MONTREL CHESTANG,**                                 **PLAINTIFF**
**ADC #134005**

v.                 **CASE NO. 5:16CV00198 BSM**

**SHERMAINE S. TROTTER, et al.**                                    **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 32] submitted by United States Magistrate Judge Jerome T. Kearney and objections submitted by the parties [Doc. Nos. 34, 35, 36] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, plaintiff Keondra Chestang's motion for summary judgment [Doc. No. 22] is denied and defendants' motion for summary judgment [Doc. No. 25] is granted in part. Consequently, Chestang's official capacity claims against defendants and his due process claim against defendant Terrie Bannister are dismissed and Bannister is dismissed as a defendant with prejudice.

IT IS SO ORDERED this 1st day of June 2017.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE