# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEONDRA MONTREL CHESTANG,**                                      **PLAINTIFF**
**ADC #134005**

v.                  **CASE NO. 5:16CV00198 BSM**

**SHERMAINE S. TROTTER, et al.**                                        **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 46] submitted by United States Magistrate Judge Jerome T. Kearney and objections submitted by plaintiff Keondra Chestang [Doc. Nos. 48, 55] have been reviewed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, Chestang's motion for court intervention [Doc. No. 40] is denied.

IT IS SO ORDERED this 5th day of July 2017.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE