IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEONDRA MONTREL CHESTANG**                      **PLAINTIFF**
ADC #134005

v.            **CASE NO. 5:16-CV-00198 BSM**

**SHERMAINE S. TROTTER, et al.**                        **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 84] submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff Keondra Chestang's objection [Doc. No. 86] thereto have been received. After *de novo* review of the record, the recommended disposition is hereby adopted in its entirety. Accordingly, defendants' motion for summary judgment [Doc. No. 59] is granted; Chestang's complaint against defendants is dismissed with prejudice; and Chestang's motion for summary judgment [Doc. No. 64] is denied.

IT IS SO ORDERED this 18th day of December 2017.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE